ANNA COE WEBSTER and Others, Respondents, v. PETER G. FRUTCHEY and Others, Appellants.— Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concur.

BURHANS & BLACK, INC., Respondent, v. JUSTIN BEUCHAT, Defendant, Impleaded with JOHN M. WEEKES and Another, Appellants.— Judgment affirmed, with costs. All concur, Davis, J., not sitting.

CHARLES STEININGER, Respondent, v. HUGH GOULDING, Appellant.— Judgment affirmed, with costs. All concur.

ANNA CAHILL, Respondent, v. BENEDICT S. HERT, Appellant.— Judgment and order affirmed, with costs. All concur.

ARTHUR E. CAHILL, Respondent, v. BENEDICT S. HERT, Appellant.— Judgment and order affirmed, with costs. All concur.

GEORGE TIBBILS, Respondent, v. LAZAR JACOBSOHN, Appellant, Impleaded with HAROLD C. BENTLEY.— Judgment and order reversed, with costs, and complaint dismissed as to the appellant, with costs. Held, that the plaintiff failed to make out a case of conspiracy. The evidence fails to connect appellant with any combination or scheme to defraud the plaintiff and the motion to dismiss the complaint as to the defendant Lazar Jacobsohn, made at the close of the evidence, should have been granted. All concur.

TRACY DEVELOPMENT COMPANY, Appellant, v. EMPIRE GAS AND ELECTRIC COMPANY, Respondent.— Order modified by extending the time within which the bill of particulars shall be furnished to thirty days from the date of service of a copy of this order, with leave to plaintiff to apply at Special Term for further extension of the time if deemed necessary, and as so modified the order is affirmed, with ten dollars costs and disbursements. All concur.

MARY WESTRUP, as Executrix, etc., of HENRY J. WESTRUP, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

TILLIE RYAN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

FRANCES BENGE, Respondent, v. CHARLES HIGGINS, Appellant.— Judgment and order affirmed, with costs. All concur.